AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### District of Delaware

___ RECEIVED
___ ENTERED
___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 27 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

| | |
|---|---|
| Andrew Paul Leonard | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:08-cv-00067-LPS |
| Stemtech Health Sciences, Inc., et al. | ) |
| *Defendant* | ) |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___07/18/2014___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: ___NOV 1 6 2016___

**17-MS-12**

*CLERK OF COURT*

_____
Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW PAUL LEONARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No: 08-067-LPS-CJB |
| STEMTECH HEALTH SCIENCES, | ) Consolidated |
| INC. and DOES 1-100, Inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JUDGMENT IN A CIVIL ACTION

On October 4, 2013, Judge Leonard P. Stark granted Defendant Stemtech International, Inc.'s Motion for Summary Judgment in the case entitled *Andrew Paul Leonard, d/b/a APL Microscope v. Stemtech International, Inc.*, Case No. 1:12-cv-00086-UNA ("*Leonard II*").

From October 8 to 11, 2013, the case entitled *Andrew Paul Leonard v. Stemtech Health Sciences, Inc.*, Case No. 08-067-LPS-CJB ("*Leonard I*") was tried by a jury with Judge Leonard P. Stark presiding, and the jury rendered a verdict in favor of Plaintiff on October 11, 2013. On July 8, 2014, the Court denied Plaintiff's Motion for Award of Prejudgment Interest.

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. In *Leonard II*, Plaintiff Andrew Paul Leonard, d/b/a APL Microscope take nothing, the action be dismissed on the merits and Defendant Stemtech International, Inc. recover taxable costs incurred therein from Plaintiff Andrew Paul Leonard, d/b/a APL Microscope; and

2. In *Leonard I*, Plaintiff Andrew Paul Leonard recover from Defendant Stemtech Health Sciences, Inc. the amount of One Million Six Hundred Thousand Dollars and 00/100

1948915

Cents ($1,600,000.00), plus post judgment interest at the rate set forth in 28 U.S.C. § 1961 from the date of entry hereof, along with taxable costs incurred therein.

Date: July 17, 2014

_____
The Honorable Leonard P. Stark
United States District Court Judge

1948915