```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS047614
Cashier ID: rtanker
Transaction Date: 01/27/2017
Payer Name: Randazza Legal Group

MISCELLANEOUS PAPERS
 For: Randazza Legal Group
 Amount:         $47.00

CHECK/MONEY ORDER
 Remitter: Randazza Legal Group
 Check/Money Order Num: 1293
 Amt Tendered:  $47.00

Total Due:      $47.00
Total Tendered: $47.00
Change Amt:      $0.00

17MS12

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```